SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ANDRE J. CRONTHALL, Cal. Bar No. 117088
FRED R. PUGLISI, Cal. Bar No. 121822
CATHERINE LA TEMPA, Cal. Bar No. 162865
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:    213/620-1780
Facsimile:     213/620-1398
E-Mail:         acronthall@sheppardmullin.com
                    fpuglisi@sheppardmullin.com
                    clatempa@sheppardmullin.com

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. DOBLE, JR., an individual, and ROCHELLE N. DOBLE, an individual,<br><br>                        Plaintiffs,<br><br>          v.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY,<br><br>                        Defendants. | Case No. CV09-01611 CRB<br><br>*Assigned to the Honorable Charles R. Breyer, Judge Presiding, Ctrm. 8*<br><br>[Complaint Filed:  April 13, 2009]<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT FOR ONE WEEK**<br><br>*[Northern District Local Rule 6-1(a)]*<br><br>Trial Date:     None Set |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs Richard W. Doble, Jr., and Rochelle N. Doble, and Defendant The MEGA Life and Health Insurance Company ("MEGA"), by and through their respective counsel, hereby stipulate

1  and agree that MEGA's time within which to answer or otherwise respond to the Complaint
2  on file in this action shall be extended for one week to May 13, 2009.

3

4  The parties have not previously stipulated to an extension of MEGA's time
5  within which to answer or otherwise respond to the Complaint in this action.

6

7  THE PARTIES HEREBY SO STIPULATE.

8

9  DATED: May 6, 2009

KERR & WAGSTAFFE LLP

By _____
         MICHAEL NG

Attorneys for Plaintiffs
RICHARD W. DOBLE, JR., AND
ROCHELLE N. DOBLE

DATED: May 6, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
         ANDRE J. CRONTHALL
         FRED R. PUGLISI
         CATHERINE LA TEMPA

Signed: May 11, 2009

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE
COMPANY

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

W02-WEST:1CLT1\401517978.1

STIPULATION TO EXTEND MEGA'S TIME TO
RESPOND TO COMPLAINT

and agree that MEGA's time within which to answer or otherwise respond to the Complaint on file in this action shall be extended for one week to May 13, 2009.

The parties have not previously stipulated to an extension of MEGA's time within which to answer or otherwise respond to the Complaint in this action.

THE PARTIES HEREBY SO STIPULATE.

DATED: May 6, 2009

KERR & WAGSTAFFE LLP

By _____
   MICHAEL NG

Attorneys for Plaintiffs
RICHARD W. DOBLE, JR., AND
ROCHELLE N. DOBLE

DATED: May 6, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
   ANDRE J. CRONTHALL
   FRED R. PUGLISI
   CATHERINE LA TEMPA

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

-2-