IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOBLE, an individual, and ROCHELLE DOBLE, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEGA LIFE & HEALTH INSURANCE. COMPANY,<br><br>    Defendant. | No. C 09-01611 CRB<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE LARSON'S MARCH 31, 2010 DISCOVERY ORDER** |

    Now pending before the Court is Defendant's Objection to Magistrate Judge James Larson's March 31, 2010 Order compelling discovery of various documents in the Defendant's possession. Defendant asks this Court set aside that Order in its entirety.

    Having reviewed Judge Larson's Order and the parties' submissions, the Court finds that no part of Judge Larson's Order is "clearly erroneous or . . . contrary to law." *See* Fed. R. Civ. P. 72(a). Accordingly, Defendant's request to set aside that order is DENIED.

    In their response to Defendant's Objection, Plaintiff's request that the Court set a series of deadlines for the production of the documents covered by Judge Larson's Order. The Court declines to do so at this time. Plaintiffs should submit their request to Judge Larson for an initial ruling.

**IT IS SO ORDERED.**

**United States District Court**
For the Northern District of California

1
2
3   Dated: April 22, 2010
4
                                            _____
                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1611\Order re Objection to Judge Larson's Order.wpd   2