H. SINCLAIR KERR, JR. (61713)
MICHAEL NG (237915)
KELLY A. CORCORAN (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: kerr@kerrwagstaffe.com
Email: mng@kerrwagstaffe.com
Email: corcoran@kerrwagstaffe.com

Attorneys for Plaintiffs
RICHARD DOBLE AND ROCHELLE DOBLE


ANDRE J. CRONTHALL (117088)
FRED R. PUGLISI (121822)
CATHERINE LA TEMPA (162865)
**SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Telephone: (213) 620-1780
Fax: (213) 620-1398
Email: acronthal@sheppardmullin.com
Email: fpuglisi@sheppardmullin.com
Email: clatempa@sheppardmullin.com

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOBLE, an individual, and ROCHELLE DOBLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 09-1611 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S SCHEDULING ORDER**<br><br>**Hon. Charles R. Breyer** |

Plaintiffs Richard and Rochelle Doble ("Plaintiffs") and Defendant The MEGA Life and Health Insurance Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the complaint in the above matter was filed on April 11, 2009;

WHEREAS, Defendant sought leave to amend its answer to include counterclaim for rescission of contract and fraud, and was granted leave to so amend its answer following hearing before the Court on April 28, 2010;

WHEREAS, the Court indicated at the April 28, 2010 that the parties would be permitted to continue the trial date to accommodate the need for additional discovery, and such discovery is continuing; and

WHEREAS, the parties informed the Court that they would meet and confer concerning the appropriate trial date in light of the remaining discovery and pre-trial preparations in this matter as well as the schedules of the parties and their counsel; and have now done so,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, agree to continue the trial date currently scheduled for June 28, 2010 and instead commence on September 13, 2010, or as soon thereafter as can be accommodated by the Court's schedule. In accord with the trial date change, the parties agree with the following modified schedule:

| | |
|---|---|
| Expert Disclosures | July 26, 2010 |
| Close of Fact Discovery | August 13, 2010 |
| Rebuttal Expert Disclosures | August 16, 2010 |

**IT IS SO STIPULATED**

DATED: June 4, 2010     **KERR & WAGSTAFFE LLP**

By _____/s/_____
MICHAEL NG

Attorneys for Plaintiffs
RICHARD DOBLE and ROCHELLE DOBLE

1

Case No. CV 09-1611 CRB     STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S SCHEDULING ORDER

1 | DATED: June 4, 2010

**SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**

By _____/s/_____
   ANDRE CRONTHALL

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

1   I, Michael Ng, am the ECF User whose ID and password are being used to file this
2 Stipulation and [Proposed] Order to Modify the Court's Scheduling Order.  In compliance with
3 General Order 45, X.B., I hereby attest that Andre Cronthall, counsel for Defendant, has
4 concurred in this filing.

6 DATED: June 4, 2010                    **KERR & WAGSTAFFE LLP**

8                                       By _____/s/_____
                                              MICHAEL NG
9
10                                      Attorneys for Plaintiffs
                                        RICHARD DOBLE and ROCHELLE DOBLE

1 **ORDER**

3    Having reviewed the stipulation submitted by the parties, and good cause appearing, the
4 Court hereby orders the following:

5    The trial date currently scheduled for June 28, 2010 is herby vacated and reset to
6 commence on September 20, 2010. Pre trial conference reset to September 16, 2010 at 2:30.

7    In accord with the trial date change, the following deadlines are also set as specified
8 below:

9    Expert Disclosures           July 26, 2010
10   Close of Fact Discovery      August 13, 2010
11   Rebuttal Expert Disclosures  August 16, 2010

13   **IT IS SO ORDERED.**

16 **DATED:** ___June 21, 2010_____       _____
17                                              **Charles R. Breyer**
                                                 **UNITED STATED DISTRICT JUDGE**

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

- 4 -
Case No. CV 09-1611 CRB                STIPULATION AND [PROPOSED] ORDER TO
                                       MODIFY THE COURT'S SCHEDULING ORDER