United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. DOBLE JR., et al., | No. C 09-1611 CRB |
| Plaintiffs, | **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE** |
| v. | |
| MEGA LIFE & HEALTH INS. CO., | |
| Defendants. | |

The needs of this Court's calendar require that the pre-trial conference and trial date be continued. The Pretrial Conference is hereby continued to November 11, and trial is continued to November 15. This Court does so without considering the merits of Defendant's motion to continue. That motion is therefore DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 2, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1611\Order Continuing.wpd