1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL NG (237915)
2  KELLY A. CORCORAN (260268)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5  Email: kerr@kerrwagstaffe.com
   Email: mng@kerrwagstaffe.com
6  Email: corcoran@kerrwagstaffe.com

7  Attorneys for Plaintiffs
   RICHARD DOBLE AND ROCHELLE DOBLE
8

9  ANDRE J. CRONTHALL (117088)
   FRED R. PUGLISI (121822)
10 CATHERINE LA TEMPA (162865)
   **SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**
11 333 South Hope Street, 48th Floor
   Los Angeles, CA 90071-1448
12 Telephone: (213) 620-1780
   Fax: (213) 620-1398
13 Email: acronthal@sheppardmullin.com
   Email: fpuglisi@sheppardmullin.com
14 Email: clatempa@sheppardmullin.com

15 Attorneys for Defendant
   THE MEGA LIFE AND HEALTH INSURANCE
16 COMPANY

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20 | RICHARD DOBLE, an individual, and    | Case No. CV 09-1611 CRB
   | ROCHELLE DOBLE, an individual,       |
21 |                                      | **STIPULATION AND [PROPOSED]
   |                                      | ORDER TO EXTEND DATES FOR
22 | Plaintiffs,                          | FILING OPPOSITION AND REPLY TO
   |                                      | DEFENDANT'S SECOND MOTION
23 | v.                                   | FOR PARTIAL SUMMARY
   |                                      | JUDGMENT**
24 | THE MEGA LIFE AND HEALTH             |
   | INSURANCE COMPANY,                   |
25 |                                      |
   |                                      | **Hon. Charles R. Breyer**
26 | Defendant.                           |

27

28



Case No. CV 09-1611 CRB         STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR
                                FILING OPPOSITION AND REPLY TO DEFENDANT'S
                                SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1   Plaintiffs Richard and Rochelle Doble ("Plaintiffs") and Defendant The MEGA Life and Health Insurance Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Defendant's second motion for summary judgment was filed on Friday September 24, 2010;

WHEREAS Plaintiffs' opposition to such motion is currently due October 8, 2010;

WHEREAS Defendant's reply to such opposition is currently due October 15, 2010;

WHEREAS due to an unforeseen family emergency, Plaintiffs require additional time to prepare their opposition,

WHEREAS Monday October 11, 2010 is a federal court holiday,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that Plaintiffs shall electronically serve Defendant with their opposition papers on Monday, October 11, 2010, and that the dates for filing such opposition and reply papers shall be extended to the following:

| | |
|---|---|
| Plaintiffs' Opposition | October 12, 2010 |
| Defendant's Reply | October 18, 2010 |

**IT IS SO STIPULATED**

DATED: October 7, 2010             **KERR & WAGSTAFFE LLP**

                                   By      /s/
                                   MICHAEL NG

                                   Attorneys for Plaintiffs
                                   RICHARD DOBLE and ROCHELLE DOBLE

1  DATED: October 7, 2010						**SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**

					By _____/s/_____
					    ANDRE CRONTHALL

					Attorneys for Defendant
					THE MEGA LIFE AND HEALTH INSURANCE COMPANY

Case No. CV 09-1611 CRB                    2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR FILING OPPOSITION AND REPLY TO DEFENDANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

KERR & WAGSTAFFE LLP

1   I, Michael Ng, am the ECF User whose ID and password are being used to file this
2   Stipulation and [Proposed] Order to Modify the Court's Scheduling Order.  In compliance with
3   General Order 45, X.B., I hereby attest that Andre Cronthall, counsel for Defendant, has
4   concurred in this filing.

6   DATED: October 7, 2010                              **KERR & WAGSTAFFE LLP**

8                                                      By _____/s/_____
                                                              MICHAEL NG

10                                                     Attorneys for Plaintiffs
                                                       RICHARD DOBLE and ROCHELLE DOBLE



Case No. CV 09-1611 CRB

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR FILING OPPOSITION AND REPLY TO DEFENDANT'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1 **ORDER**

3   Having reviewed the stipulation submitted by the parties, and good cause appearing, the
4 Court hereby orders the following:

5   The following deadlines for filing papers responsive to Defendant's second motion for
6 partial summary judgment are set as specified below:

7   Plaintiffs' Opposition         October 12, 2010

8   Defendant's Reply              October 18, 2010

9   **IT IS SO ORDERED.**

12 **DATED:** ___October 8, 2010_____     _____
                                               **Charles R. Breyer**
13                                             **UNITED STATES DISTRICT JUDGE**

