1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL NG (237915)
2  KELLY A. CORCORAN (260268)
   **KERR & WAGSTAFFE LLP**
3  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
4  Telephone: (415) 371-8500
   Fax: (415) 371-0500
5  Email: kerr@kerrwagstaffe.com
   Email: mng@kerrwagstaffe.com
6  Email: corcoran@kerrwagstaffe.com

7  Attorneys for Plaintiffs
   RICHARD DOBLE AND ROCHELLE DOBLE
8

9  ANDRE J. CRONTHALL (117088)
   FRED R. PUGLISI (121822)
10 CATHERINE LA TEMPA (162865)
   **SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**
11 333 South Hope Street, 48th Floor
   Los Angeles, CA 90071-1448
12 Telephone: (213) 620-1780
   Fax: (213) 620-1398
13 Email: acronthal@sheppardmullin.com
   Email: fpuglisi@sheppardmullin.com
14 Email: clatempa@sheppardmullin.com

15 Attorneys for Defendant
   THE MEGA LIFE AND HEALTH INSURANCE
16 COMPANY

17

18                **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  RICHARD DOBLE, an individual, and ROCHELLE DOBLE, an individual, | Case No. CV 09-1611 CRB |
| 21 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING JOINT PROPOSED JURY INSTRUCTIONS** |
| 22  Plaintiffs, | |
| 23  v. | |
| 24  THE MEGA LIFE AND HEALTH INSURANCE COMPANY, | **Hon. Charles R. Breyer** |
| 25 | |
| 26  Defendant. | |

27

28

1  Plaintiffs Richard and Rochelle Doble ("Plaintiffs") and Defendant The MEGA Life and Health Insurance Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS the parties have proposed a number of disputed jury instructions and special jury instructions;

WHEREAS the proposed jury instructions are due October 26, 2010;

WHEREAS the parties require additional time for briefing disputed jury instructions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the parties shall file their joint proposed jury instructions on Thursday, October 28, 2010.

**IT IS SO STIPULATED**

DATED: October 25, 2010          **KERR & WAGSTAFFE LLP**

By _____/s/_____
     MICHAEL NG

Attorneys for Plaintiffs
RICHARD DOBLE and ROCHELLE DOBLE

DATED: October 25, 2010          **SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**

By _____/s/_____
     CATHERINE LA TEMPA

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

---

Case No. CV 09-1611 CRB        1        STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING JOINT PROPOSED JURY INSTRUCTIONS

1  I, Michael Ng, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order to Extend Date for Filing Joint Proposed Jury Instructions.  In
3  compliance with General Order 45, X.B., I hereby attest that Catherine La Tempa, counsel for
4  Defendant, has concurred in this filing.

6  DATED: October 25, 2010                     **KERR & WAGSTAFFE LLP**

8                                              By    /s/
                                                   MICHAEL NG

10                                              Attorneys for Plaintiffs
                                                RICHARD DOBLE and ROCHELLE DOBLE

1 **ORDER**

2

3   Having reviewed the stipulation submitted by the parties, and good cause appearing, the

4 Court hereby orders the following:

5   The parties shall file their joint proposed jury instructions by Thursday, October 28,

6 2010.

7   **IT IS SO ORDERED.**

8

9

10 **DATED:**___October 26, 2010_____   _____
                                             UNITED STATES DISTRICT JUDGE

