H. SINCLAIR KERR, JR. (61713)
MICHAEL NG (237915)
KELLY A. CORCORAN (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: kerr@kerrwagstaffe.com
Email: mng@kerrwagstaffe.com
Email: corcoran@kerrwagstaffe.com

Attorneys for Plaintiffs
RICHARD DOBLE AND ROCHELLE DOBLE

ANDRE J. CRONTHALL (117088)
FRED R. PUGLISI (121822)
CATHERINE LA TEMPA (162865)
**SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Telephone: (213) 620-1780
Fax: (213) 620-1398
Email: acronthal@sheppardmullin.com
Email: fpuglisi@sheppardmullin.com
Email: clatempa@sheppardmullin.com

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOBLE, an individual, and ROCHELLE DOBLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 09-1611 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR DISMISSAL OF CASE**<br><br>**Hon. Charles R. Breyer** |

Plaintiffs Richard and Rochelle Doble ("Plaintiffs") and Defendant The MEGA Life and Health Insurance Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS the parties advised the Court on November 19, 2010 that the parties had reached a settlement;

WHEREAS on November 19, 2010 the Court granted a conditional dismissal of the case, ordering the case would be dismissed in 30 days unless a party advised the Court that the agreed consideration for the settlement had not been exchanged;

WHEREAS the last day to advise the Court that the agreed consideration for the settlement had not been exchanged in order to avoid dismissal of the case is December 19, 2010;

WHEREAS the parties have engaged in extensive negotiations drafting the written settlement agreement;

WHEREAS despite their best efforts, the parties will not be able to exchange the agreed consideration prior to December 19, 2010,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the last day to advise the Court that the agreed consideration for the settlement had not been exchanged in order to avoid dismissal of the case shall be extended to January 15, 2011.

**IT IS SO STIPULATED**

DATED: December 15, 2010　　　　　　**KERR & WAGSTAFFE LLP**

　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL NG

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　RICHARD DOBLE and ROCHELLE DOBLE

1 | DATED: December 15, 2010

**SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**

By  _____/s/_____
    FRED PUGLISI

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

1  I, Michael Ng, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order To Extend Date For Dismissal Of Case.  In compliance with
3  General Order 45, X.B., I hereby attest that Fred Puglisi, counsel for Defendant, has concurred in
4  this filing.

6  DATED: December 15, 2010                    **KERR & WAGSTAFFE LLP**

8                                              By   _____/s/_____
                                                    MICHAEL NG

10                                              Attorneys for Plaintiffs
                                                RICHARD DOBLE and ROCHELLE DOBLE

- 3 -

Case No. CV 09-1611 CRB                          STIPULATION AND [PROPOSED] ORDER TO
                                                 EXTEND DATE FOR DISMISSAL OF CASE

# ORDER

Having reviewed the stipulation submitted by the parties, and good cause appearing, the Court hereby orders the following:

The case shall remain pending until January 15, 2011.  If neither party has advised the Court that the agreed consideration for settlement has not been exchanged by that time, the case shall be dismissed.  Should either party so advise, the matter shall be set for trial forthwith.

**IT IS SO ORDERED.**

**DATED:**  December 20, 2010



**The Honorable Charles R. Breyer**
**UNITED STATES DISTRICT JUDGE**