H. SINCLAIR KERR, JR. (61713)
MICHAEL NG (237915)
KELLY A. CORCORAN (260268)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: kerr@kerrwagstaffe.com
Email: mng@kerrwagstaffe.com
Email: corcoran@kerrwagstaffe.com

Attorneys for Plaintiffs
RICHARD DOBLE AND ROCHELLE DOBLE


ANDRE J. CRONTHALL (117088)
FRED R. PUGLISI (121822)
CATHERINE LA TEMPA (162865)
**SHEPPARD, MULLIN, RICHTER & HAMILTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Telephone: (213) 620-1780
Fax: (213) 620-1398
Email: acronthal@sheppardmullin.com
Email: fpuglisi@sheppardmullin.com
Email: clatempa@sheppardmullin.com

Attorneys for Defendant
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DOBLE, an individual, and ROCHELLE DOBLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No. CV 09-1611 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR DISMISSAL OF CASE**<br><br><br>**Hon. Charles R. Breyer** |

1   Plaintiffs Richard and Rochelle Doble ("Plaintiffs") and Defendant The MEGA Life and
2   Health Insurance Company ("Defendant"), by and through their undersigned counsel, hereby
3   stipulate and agree as follows:
4   WHEREAS the Court previously extended the date for the parties to advise the Court that
5   the agreed consideration for the settlement had not been exchanged in order to avoid dismissal of
6   the case to January 15, 2011;
7   WHEREAS the parties have continued to engage in extensive settlement negotiations and
8   have approved a written settlement agreement;
9   WHEREAS despite their best efforts, the parties require additional time to obtain
10  signatures on the settlement agreement and exchange consideration;
11  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties,
12  through their undersigned counsel, that the last day to advise the Court that the agreed
13  consideration for the settlement had not been exchanged in order to avoid dismissal of the case
14  shall be extended to January 24, 2011.
15  **IT IS SO STIPULATED**

16  DATED: January 13, 2011            **KERR & WAGSTAFFE LLP**

17                                    By   /s/
18                                    MICHAEL NG

19                                    Attorneys for Plaintiffs
                                      RICHARD DOBLE and ROCHELLE DOBLE
20

21  DATED: January 12, 2011            **SHEPPARD, MULLIN, RICHTER &**
                                      **HAMILTON LLP**
22

23
                                      By   /s/
24                                    FRED PUGLISI

25                                    Attorneys for Defendant
                                      THE MEGA LIFE AND HEALTH INSURANCE
26                                    COMPANY

27

28

Case No. CV 09-1611 CRB         1         STIPULATION AND [PROPOSED] ORDER TO
                                           EXTEND DATE FOR DISMISSAL OF CASE

1  I, Michael Ng, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order to Modify the Court's Scheduling Order.  In compliance with
3  General Order 45, X.B., I hereby attest that Fred Puglisi, counsel for Defendant, has concurred in
4  this filing.

5

6  DATED: January 13, 2011                               **KERR & WAGSTAFFE LLP**

7

8                                                        By _____/s/_____
                                                            MICHAEL NG
9

10                                                       Attorneys for Plaintiffs
                                                         RICHARD DOBLE and ROCHELLE DOBLE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1 **ORDER**

3  Having reviewed the stipulation submitted by the parties, and good cause appearing, the
4 Court hereby orders the following:

5  The case shall remain pending until January 24, 2011.  If neither party has advised the
6 Court that the agreed consideration for settlement has not been exchanged by that time, the case
7 shall be dismissed.  Should either party so advise, the matter shall be set for trial forthwith.

8  **IT IS SO ORDERED.**

11 **DATED:**  January 19, 2011                    _____
12                                                                 **The Honorable Charles R. Breyer**
                                                                     **UNITED STATES DISTRICT JUDGE**

